# MANDATE

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

FILED
OCT 7 1:52 PM '04
U.S DISTRICT COURT
NEW HAVEN, CONN.

LUZ LOPEZ,
Appellee,

v.

JOHN ASHCROFT,
Respondent.

DOCKET NO. 03-2119

SEPTEMBER 2, 2004

## STIPULATION WITHDRAWING APPEAL

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorney's fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

APPELLEE,
LUZ LOPEZ

*[signature]*

THEODORE N. COX, ESQ.
401 BROADWAY, SUITE 701
NEW YORK, NY 10013

APPELLANT,
JOHN ASHCROFT

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

*[signature]*

JAMES K. FILAN, JR.
ASSISTANT U.S. ATTORNEY
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604
FED. BAR NO. ct 15565

So Ordered
Roseann B. Mackechnie, Clerk
by *[signature]*
Tracy W. Young
Motions Staff Attorney

*[Seal: UNITED STATES COURT OF APPEALS FILED SEP 2 9 2004 Roseann B. Mackechnie, CLERK SECOND CIRCUIT]*

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK
*[signature]*

ISSUED AS MANDATE: SEP 2 9 2004